**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Innovative Health Technologies, | No. CV-18-03372-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Charles Crawford, et al., | |
| Defendants. | |

Plaintiff seeks an extension of time to complete service as well as permission to complete service on Defendants Charles Crawford and Michael O'Brien via email. (Doc. 11). As recounted in Plaintiff's motion, service has been attempted on Crawford and O'Brien a combined total of twenty times. The available evidence indicates Crawford and O'Brien are evading service. The available evidence also indicates Crawford and O'Brien can be reached via their email addresses. Thus, service by email is reasonably calculated to inform Crawford and O'Brien about the pendency of this case. *See Rio Properties, Inc. v. Rio Int'l Interlink*, 284 F.3d 1007, 1017 (9th Cir. 2002).

Accordingly,

/ / /

/ / /

/ / /

1  **IT IS ORDERED** the Motion for Alternative Service and Extension of Service

2  Deadline (Doc. 11) is **GRANTED**.  Plaintiff shall file proof of service within sixty days of

3  this Order.

4  Dated this 17th day of January, 2019.

5

6

7  _____
   Honorable Roslyn O. Silver

8  Senior United States District Judge